**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

ACE Fire Underwriters Insurance Company

Plaintiff,

v.

Case No.: 1:25−cv−05435
Honorable Thomas M. Durkin

Courtyard on the Boulevard Condominium Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's counsel reported that ACE and Defendant Courtyard on the Boulevard Condominium Association ("COTB") have reached an agreement in principle to resolve the case. All currently pending deadlines and hearing dates are stricken. A joint status report on settlement is due by 6/22/2026, unless the case is dismissed before then. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.