**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ACE FIRE UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COURTYARD ON THE BOULEVARD CONDOMINIUM ASSOCIATION, ANITA R. GIGLIOTTI and INSOOK PRASAD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-05435 |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by agreement, the Parties dismiss this action with prejudice, the nominal party Insook Prasad is voluntarily dismissed, without an award of attorney's fees or costs to any party.

Walker Wilcox Matousek LLP

/s/ Abigail E. Rocap
Abigail E. Rocap
Christopher A. Wadley
Arthur J. McColgan
Alla Cherkassky Galati
Walker Wilcox Matousek LLP
One North Franklin Street, Suite 3200
Chicago, IL 60606
(312) 244-6700; (312) 244-6800 fax
CWadley@WalkerWilcox.com
AMcColgan@WalkerWilcox.com
AGalati@WalkerWilcox.com
ARocap@WalkerWilcox.com
***Attorneys for Plaintiff ACE Fire Underwriters Insurance Company***

Bauch & Michaels, LLC

/s/ Kenneth A. Michaels
Kenneth A. Michaels
Rezarta Cenaj Melo
Bauch & Michaels, LLC
53 W. Jackson Blvd., Ste. 1115
Chicago, IL 60604
kmichaels@bmlawllc.com
rmelo@bmlawllc.com
***Attorneys for Defendant Courtyard on the Boulevard Condominium Association***

Matthews Law Offices

/s/ Stephanie L. Matthews
Stephanie L. Matthews
Matthews Law Offices
155 N. Michigan Ave., Suite 9008
Chicago, IL 60601
slm@matthewslawoffices.com
***Attorney for Defendant Insook Prasad***

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system and will be served on Defendant Gigliotti via her last known e-mail address (0062roadrunner@msn.com).

/s/ Abigail E. Rocap